# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CLOTUS ROLAND McGEE, IV**                                                                 **PLAINTIFF**
**#659875**

v.                            Case No: 2:23-CV-00161-LPR-PSH

**DOES**                                                                                  **DEFENDANTS**

## ORDER

On July 28, 2023, Plaintiff Clotus Roland McGee, IV, an inmate at the Arkansas County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] On August 2, 2023, the Court ordered Mr. McGee to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. McGee that his failure to comply with the Order would result in the dismissal of his Complaint.[3]

Mr. McGee has not complied with, or otherwise responded to, the Court's August 2 Order, and the time for doing so has expired. Accordingly, Mr. McGee's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 17th day of October 2023.

                                                                                        _____
                                                                                        LEE P. RUDOFSKY
                                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*